UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID GORDON CANTRELL,

        Plaintiff,

        v.

STATE OF WASHINGTON,

        Defendant.

Case No. C07-5592 RBL/KLS

ORDER ADOPTING
REPORT & RECOMMENDATION

The Court, having reviewed the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    Plaintiff's application to proceed *in forma pauperis* and motion for extension of time (Dkt. # 1 and # 3) are **DENIED**. Plaintiff has thirty days from the date of this Order to pay the full $350.00 filing fee. If the filing fee is not received in thirty days, the Clerk's office is instructed to dismiss this action **WITHOUT PREJUDICE**;

(3)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom and note a date on Judge Strombom's calendar thirty days from today so that this action can be tracked.

DATED this 11th day of January, 2008.

                      */s/ Ronald B. Leighton*
                      RONALD B. LEIGHTON
                      UNITED STATES DISTRICT JUDGE

ORDER