# United States District Court

WESTERN DISTRICT OF WASHINGTON

DAVID GORDON CANTRELL

        v.

STATE OF WASHINGTON

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5592RBL

| | |
|---|---|
| ___ | **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| XX | **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

Thirty days have passed since the Order Adopting the Report and Recommendation was entered on January 11, 2008, and the filing fee has not been paid.

IT IS ORDERED AND ADJUDGED that this cause is **DISMISSED** without prejudice.


  February 20, 2008                                                BRUCE RIFKIN
Date                                                                            Clerk

                                                                                    *s/CM Gonzalez*
                                                                                    Deputy Clerk